# Third District Court of Appeal

## State of Florida

Opinion filed November 3, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2088
Lower Tribunal No. F21-17713
_____

**Ricardo Jacinto Diaz,**
Petitioner,

vs.

**Daniel Junior, etc., et al.,**
Respondents.

A Case of Original Jurisdiction-Habeas Corpus.

Carlos J. Martinez, Public Defender, and Deborah Prager, Assistant Public Defender, for petitioner.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for respondent The State of Florida.

Before EMAS, MILLER and LOBREE, JJ.

PER CURIAM.

Petitioner, Ricardo Jacinto Diaz, seeks a writ of habeas corpus as a

result of the denial of his motion for bond reduction. See Fla. R. Crim. P. 3.131(d)(3). The trial court held a non-evidentiary hearing where Diaz was not permitted to testify as to his financial resources and denied the motion. Yearby v. State, 306 So. 3d 1141 (Fla. 3d DCA 2020), and Camara v. State, 916 So. 2d 946 (Fla. 3d DCA 2005), mandate that in order to make a bond determination and exercise its discretion, the trial court must take evidence and make findings on the statutory factors for setting conditions for pretrial release. See § 903.046, Fla. Stat. (2021); Fla. R. Crim. P. 3.131(b)(3). Accordingly, we grant the petition and remand for an evidentiary hearing on Diaz's financial resources and all other appropriate criteria. See Hughes v. Raymond, 916 So. 2d 985, 986 (Fla. 4th DCA 2005).